# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

(1)     KIM GRIZZLE, and

(2)     TWILA GRIZZLE, as Co-Personal Representatives of the Estate of MALINDA YVONNE LINDLEY, deceased,

                Plaintiffs,

vs.

(3)     JOHN CHRISTIAN, as Sheriff of Pontotoc County, *et al.*,

                Defendants.

Case No. 16-CV-254-SPS

## PLAINTIFFS' WITNESS LIST

**COMES NOW,** the Plaintiffs, Kim Grizzle and Twila Grizzle, as Co-Personal Representatives of the Estate of Malinda Yvonne Lindley, deceased, by and through their attorney of record, Russell Uselton, and hereby submits their list of witnesses as follows:

| NAME | AREA OF TESTIMONY |
|---|---|
| 1. Kim Grizzle, Plaintiff<br>c/o Russell Uselton<br>Stipe Law Firm<br>PO Box 1369<br>McAlester, Oklahoma 74501 | Deposed. Will testify as to the facts and circumstances surrounding the death of Malinda Lindley which is the subject matter of this litigation, damages, and Malinda Lindley completing drug rehabilitation. Will also testify as to love, family, grandkids, enjoyments, effects on family gatherings, sorrow, grief, sadness, hurts, mental pain, fears of law enforcement mistreatment of all citizens who are not in law enforcement, fears of law enforcement being able to lock you up and not tell anyone before you die. Feelings of fear because law enforcement is against everyone who is not in law enforcement. Will testify as to matters covered in their deposition. |

1

| | |
|---|---|
| 2. Twila Grizzle, Plaintiff<br>c/o Russell Uselton<br>Stipe Law Firm<br>PO Box 1369<br>McAlester, Oklahoma 74501 | Deposed. Will testify as to the facts and circumstances surrounding the death of Malinda Lindley which is the subject matter of this litigation, damages, and Malinda Lindley completing drug rehabilitation. Will also testify as to love, family, grandkids, enjoyments, effects on family gatherings, sorrow, grief, sadness, hurts, mental pain, fears of law enforcement mistreatment of all citizens who are not in law enforcement, fears of law enforcement being able to lock you up and not tell anyone before you die. Feelings of fear because law enforcement is against everyone who is not in law enforcement. Will testify as to matters covered in their deposition. |
| 3. Destiny Yvonne Green<br>Texas | Will testify as to the facts and circumstances surrounding the death of Malinda Lindley which is the subject matter of this litigation, damages, and Malinda Lindley completing drug rehabilitation. Will also testify as to love, family, grandkids, enjoyments, effects on family gatherings, sorrow, grief, sadness, hurts, mental pain, fears of law enforcement mistreatment of all citizens who are not in law enforcement, fears of law enforcement being able to lock you up and not tell anyone before you die. Feelings of fear because law enforcement is against everyone who is not in law enforcement. Will testify as to matters covered in their deposition. |
| 4. Austin Green<br>300 East 2nd Penn West<br>Holdenville, OK 74848 | Will testify as to the facts and circumstances surrounding the death of Malinda Lindley which is the subject matter of this litigation, damages, and Malinda Lindley completing drug rehabilitation. Will also testify as to love, family, grandkids, enjoyments, effects on family gatherings, sorrow, grief, sadness, hurts, mental pain, fears of law enforcement mistreatment of all citizens who are not in law enforcement, fears of law enforcement being able to lock you up and not tell anyone before you die. Feelings of fear because law enforcement is against everyone who is not in law enforcement. Will testify as to matters covered in their deposition. |
| 5. Debra Green<br>300 East 2nd Penn West<br>Holdenville, OK 74858 | Will testify as to the facts and circumstances surrounding the death of Malinda Lindley which is the subject matter of this litigation, damages, and Malinda Lindley completing drug rehabilitation. Will also testify as to love, family, grandkids, enjoyments, effects on family gatherings, sorrow, grief, sadness, hurts, |

|   |   | mental pain, fears of law enforcement mistreatment of all citizens who are not in law enforcement, fears of law enforcement being able to lock you up and not tell anyone before you die.  Feelings of fear because law enforcement is against everyone who is not in law enforcement. Will testify as to matters covered in their deposition. |
|---|---|---|
| 6. | Paul Lindley<br>300 East 2nd Penn West<br>Holdenville, OK  74858 | Will testify as to the facts and circumstances surrounding the death of Malinda Lindley which is the subject matter of this litigation, damages, and Malinda Lindley completing drug rehabilitation.  Will also testify as to love, family, grandkids, enjoyments, effects on family gatherings, sorrow, grief, sadness, hurts, mental pain, fears of law enforcement mistreatment of all citizens who are not in law enforcement, fears of law enforcement being able to lock you up and not tell anyone before you die.  Feelings of fear because law enforcement is against everyone who is not in law enforcement. Will testify as to matters covered in their deposition. |
| 7. | Desire Lindley<br>Eddie Warrior Correctional Center<br>P.O. Box 315<br>Taft, Oklahoma  74463 | Will testify as to the facts and circumstances surrounding the death of Malinda Lindley which is the subject matter of this litigation, damages, and Malinda Lindley completing drug rehabilitation.  Will also testify as to love, family, grandkids, enjoyments, effects on family gatherings, sorrow, grief, sadness, hurts, mental pain, fears of law enforcement mistreatment of all citizens who are not in law enforcement, fears of law enforcement being able to lock you up and not tell anyone before you die.  Feelings of fear because law enforcement is against everyone who is not in law enforcement. Will testify as to matters covered in their deposition. |
| 8. | Jessica Lindley<br>300 East 2nd Penn West<br>Holdenville, OK  74858 | Will testify as to the facts and circumstances surrounding the death of Malinda Lindley which is the subject matter of this litigation, damages, and Malinda Lindley completing drug rehabilitation.  Will also testify as to love, family, grandkids, enjoyments, effects on family gatherings, sorrow, grief, sadness, hurts, mental pain, fears of law enforcement mistreatment of all citizens who are not in law enforcement, fears of law enforcement being able to lock you up and not tell anyone before you die.  Feelings of fear because law enforcement is against everyone who is not in law enforcement. Will testify as to matters covered in their deposition. |

| | |
|---|---|
| 9. Christopher Grizzle<br>36517 East West 1270<br>Wewoka, OK  74884 | Will testify as to the facts and circumstances surrounding the death of Malinda Lindley which is the subject matter of this litigation, damages, and Malinda Lindley completing drug rehabilitation.  Will also testify as to love, family, grandkids, enjoyments, effects on family gatherings, sorrow, grief, sadness, hurts, mental pain, fears of law enforcement mistreatment of all citizens who are not in law enforcement, fears of law enforcement being able to lock you up and not tell anyone before you die.  Feelings of fear because law enforcement is against everyone who is not in law enforcement. Will testify as to matters covered in their deposition. |
| 10. Medical providers from Mercy Hospital of Ada | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 11. Duward Williams<br>Mercy Ada EMS | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 12. Stanley Hackett<br>Mercy Ada EMS | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 13. Ethan Stolzenberg, MD<br>Medical Examiner | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 14. Funeral Home Director<br>Fisher Funeral Home<br>700 South Broadway<br>P.O. 329<br>Holdenville, OK  74848 | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 15. Defendant, John Christian, Sheriff of Pontotoc County<br>c/o Wellon Poe<br>Collins, Zorn & Wagner PC<br>429 NE 50th, 2nd Fl<br>Oklahoma City, OK 73105 | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 16. Defendant, Arnold Scott<br>c/o Wellon Poe<br>Collins, Zorn & Wagner PC<br>429 NE 50th, 2nd Fl<br>Oklahoma City, OK 73105 | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 17. Defendant, Mike Sinnett | Will testify as to the matters covered during their |

| | |
|---|---|
| c/o Wellon Poe<br>Collins, Zorn & Wagner PC<br>429 NE 50th, 2nd Fl<br>Oklahoma City, OK 73105 | depositions, including but not limited to facts and circumstances concerning this litigation. |
| 18. Defendant, Jeffrey Dale Black<br>c/o James Gibbs, II<br>Goolsby, Proctor, Heefner & Gibbs, PC<br>701 N. Broadway, Ste 400<br>Oklahoma City, OK 73102 | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 19. Defendant, Malinda Jean Shaffer<br>c/o Wellon Poe<br>Collins, Zorn & Wagner PC<br>429 NE 50th, 2nd Fl<br>Oklahoma City, OK 73105 | Deposed. Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 20. Defendant, Chloe Biana Spatz<br>c/o Wellon Poe<br>Collins, Zorn & Wagner PC<br>429 NE 50th, 2nd Fl<br>Oklahoma City, OK 73105 | Deposed. Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 21. Linda Sue Rogers<br>c/o Wellon Poe<br>Collins, Zorn & Wagner PC<br>429 NE 50th, 2nd Fl<br>Oklahoma City, OK 73105 | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 22. Brenda Kay Brown<br>c/o Wellon Poe<br>Collins, Zorn & Wagner PC<br>429 NE 50th, 2nd Fl<br>Oklahoma City, OK 73105 | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 23. Chelsea Dawn Stout<br>c/o Wellon Poe<br>Collins, Zorn & Wagner PC<br>429 NE 50th, 2nd Fl<br>Oklahoma City, OK 73105 | Deposed. Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 24. Joni Walker<br>c/o Wellon Poe | Will testify as to the matters covered during their depositions, including but not limited to facts and |

| | |
|---|---|
| Collins, Zorn & Wagner PC<br>429 NE 50th, 2nd Fl<br>Oklahoma City, OK 73105 | circumstances concerning this litigation. |
| 25. David Ray Blankenship<br>c/o Wellon Poe<br>Collins, Zorn & Wagner PC<br>429 NE 50th, 2nd Fl<br>Oklahoma City, OK 73105 | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 26. Clinton Allen Cooper<br>c/o Wellon Poe<br>Collins, Zorn & Wagner PC<br>429 NE 50th, 2nd Fl<br>Oklahoma City, OK 73105 | Deposed. Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 27. Adam Joshua Rouden<br>c/o Wellon Poe<br>Collins, Zorn & Wagner PC<br>429 NE 50th, 2nd Fl<br>Oklahoma City, OK 73105 | Deposed. Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 28. Taylor Harold Wood<br>c/o Wellon Poe<br>Collins, Zorn & Wagner PC<br>429 NE 50th, 2nd Fl<br>Oklahoma City, OK 73105 | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 29. Brian Engel, Defendant<br>c/o David W. Kirk<br>Robert Ray Jones, Jr.<br>Lytle, Soule & Curlee, P.C.<br>119 North Robinson<br>Suite 1200<br>Oklahoma City, OK 73102 | Deposed. Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 30. Mike Meeks<br>Ada Police officer<br>c/o David W. Kirk<br>Robert Ray Jones, Jr.<br>Lytle, Soule & Curlee, P.C.<br>119 North Robinson<br>Suite 1200<br>Oklahoma City, OK 73102 | Deposed. Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 31. Ariana Rice | Will testify as to the matters covered during their |

| | |
|---|---|
| Ada Police officer<br>c/o David W. Kirk<br>Robert Ray Jones, Jr.<br>Lytle, Soule & Curlee, P.C.<br>119 North Robinson<br>Suite 1200<br>Oklahoma City, OK 73102 | depositions, including but not limited to facts and circumstances concerning this litigation. |
| 32. Jeffery Dean Crosby<br>City of Ada Public Safety Director<br>c/o David W. Kirk<br>Robert Ray Jones, Jr.<br>Lytle, Soule & Curlee, P.C.<br>119 North Robinson<br>Suite 1200<br>Oklahoma City, OK 73102 | Deposed. Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 33. Carol Crews<br>City of Ada Court Clerk<br>c/o David W. Kirk<br>Robert Ray Jones, Jr.<br>Lytle, Soule & Curlee, P.C.<br>119 North Robinson<br>Suite 1200<br>Oklahoma City, OK 73102 | Deposed. Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 34. Vicki Holkum<br>City of Ada<br>c/o David W. Kirk<br>Robert Ray Jones, Jr.<br>Lytle, Soule & Curlee, P.C.<br>119 North Robinson<br>Suite 1200<br>Oklahoma City, OK 73102 | Deposed. Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 35. Chief of Police as of May, 2014<br>c/o David W. Kirk<br>Robert Ray Jones, Jr.<br>Lytle, Soule & Curlee, P.C.<br>119 North Robinson<br>Suite 1200<br>Oklahoma City, OK 73102 | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 36. Sergeant Mosely<br>City of Ada Police Dept.<br>c/o David W. Kirk<br>Robert Ray Jones, Jr. | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |

| | |
|---|---|
| Lytle, Soule & Curlee, P.C.<br>119 North Robinson<br>Suite 1200<br>Oklahoma City, OK 73102 | |
| 37. Captain Jamar<br>    City of Ada Police Dept.<br>c/o David W. Kirk<br>    Robert Ray Jones, Jr.<br>    Lytle, Soule & Curlee, P.C.<br>    119 North Robinson<br>    Suite 1200<br>    Oklahoma City, OK 73102 | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 38. Captain Jackson<br>    City of Ada Police Dept.<br>c/o David W. Kirk<br>    Robert Ray Jones, Jr.<br>    Lytle, Soule & Curlee, P.C.<br>    119 North Robinson<br>    Suite 1200<br>    Oklahoma City, OK 73102 | Will testify as to the matters covered during their depositions, including but not limited to facts and circumstances concerning this litigation. |
| 39. Michael D. Lyman, PH.D.<br>    3703 Hunter Valley Dr.<br>    Columbia, MO 65216 | Will testify as to his analysis of documents, formal training, education, independent research, experience gained over 40 years as a law enforcement agent, criminal investigator, police trainer and educator; to his experience as a college professor teaching and researching in the area of policing for over 30 years; to his authorizing numerous articles and books, to being nationally recognized in the areas of police procedure, criminal investigation, drug enforcement and related areas; to his being certified generalist police instructor; to his training police officers and police officer candidates in various police techniques and procedures; to being employed as a criminal investigator who conducted criminal investigations, made misdemeanor and felony arrests, conducted interviews of suspects, testified in state and federal criminal courts; to his development of police policy and procedure, formal education, police academies certified through the Council on Law Enforcement Education Training (CLEET) in Oklahoma City, Oklahoma, and the Kansas Law Enforcement Training Academy; having in excess of 2000 hours of formal, in-service, police training; to his experience as a full- |

8

time, certified police instructor who was awarded Police Instructor of the Year in 1989 and trained literally thousands of law enforcement officers. He is a tenured faculty member of the Columbia College Department of Criminal Justice and Human Services, Liaison for Graduate Studies for the Master of Science in Criminal Justice degree program, department chairman. He was a visiting Professor for the University of Oklahoma teaching on a part-time basis. He has made arrests, teaches police patrol operations and focus on field operations. In both Kansas and Oklahoma, he assist in the establishment of agency policy and procedures in numerous areas. His professional affiliations.

He has been a Senior Agent in Oklahoma, assigned to the Enforcement Division and the Intelligence Division of the Oklahoma Bureau of Narcotics and Dangerous Drugs Control (OBNDDC).

His opinions are provided with a reasonable degree of law enforcement and police certainty. He will testify about facts stated in his report and his background knowledge. This case centers around the arrest of Malinda Lindley. During their encounter, Ms. Lindley asked Officer Engel to take her to the hospital. He will testify as to the events surrounding Ms. Lindley on Tuesday, May 13, 2014, Wednesday, May 14, 2014 and Thursday, May 15, 2014, and on July 31, 2014, an autopsy. He will testify to his opinions and the basis for his opinions. He will testify about his observation from the videos. He will testify about the body of knowledge and literature about the practice and standards to which modern, professionally administered police agencies should adhere and the types of causes of police misconduct. He will testify that based on his training, education and experience, methamphetamine is a dangerous and powerful stimulant. He will testify that Defendants ignored Ms. Lindley's specific request to go to the hospital, and placed her in jail on a $150.00 "public intoxication" charge which is a misdemeanor offense. Officer Brian Engel failure to provide her immediate medical attention for her severely impaired condition which was an obvious serious medical condition. Ada Police Officer Brian Engel disregarded clear evidence that

| | she was experiencing a serious medical crisis and needed to be transported immediately to the nearest hospital for medical attention. She was found unresponsive in the Defendant's jail. The City of Ada failed to establish written policies and procedures addressing the transfer of persons arrested for misdemeanors to outside medical facilities for medical evaluation.

The Jail intake personnel failed to fill out a medical questionnaire that was required by Oklahoma State Department of Health jail intake protocols and failed to properly reject Ms. Lindley for admittance to the jail. Over the following 50 hours, numerous jail personnel were aware of, but completely ignored, the physical signs that Ms. Lindley's physical condition was deteriorating and that she needed immediate medical attention. Due to the Defendants failure to provide medical care for an obvious serious medical condition, Ms. Lindley died. The failure on the part of Defendant Pontotoc County Jail employees to include but not limited to (Also see his report): Pontotoc County Sheriff John Christian and Jail Administrator Mike Sinnett who were, well-aware of Ms. Lindley's deteriorating serious physical condition and her need for immediate medical attention of a physician. Detention Officers Joni Walker, Clint Cooper and LPN Jeffrey Black completely ignored Ms. Lindley's deteriorating obvious serious medical condition and failed to provide her medical attention on a timely basis. Over-obsession by the City, jail and court administrators with bringing Ms. Lindley to court for her first appearance which superseded any and all consideration for her physical condition, where it was obvious that she would likely pass away if not provided medical care. Pontotoc County Jail officials including Jail Administrator Mike Sinnett, Detention Officers Joni Walker, Clint Cooper and Malinda Shaffer improperly accepted Malinda Lindley as a Pontotoc County Jail inmate and were aware of, but ignored, her ongoing state of severe impairment for which medical attention was required. Pontotoc County Jail administrators and managers, including Sheriff John Christian and Jail Administrator Mike Sinnett failed to provide proper and adequate supervision and oversight of detention officers and |

other employees of the Pontotoc County Jail in failing to direct employees to not accept Malinda Lindley into the jail and failing to direct employees to provide Ms. Lindley immediate medical attention after observing her severely impaired condition. Pontotoc County Sheriff John Christian failed to establish properly written directives that reflect required operational protocols as identified by Title 310 of the Oklahoma State Department of Health, Chapter 670 – Jail Standards.

Based on his education, training and experience, he will also testify about: the effects of methamphetamine, Transportation of Prisoners, Professional policing guidelines (IACP): Arrests, Ada Police Policy: Transporting of Injured Person, Failure to perform standardized field sobriety tests, No city policy for Ada officers to determine an arrestee's medical condition, No city policy for Ada officers to obtain medical attention for arrestees who are severely impaired, No City of Ada policy stating that if a city detainee does not sober up within a reasonable period of time, then the police officer reports that condition to county jail administrators and the Ada Chief of Police for the purpose of obtaining emergency medical attention for the arrestee.

Jail intake personnel – specifically Joni Walker – should have never accepted Ms. Lindley in her severely impaired state. Ms. Lindley was allowed to deteriorate in a holding cell for approximately 50 hours. Permitting an inmate to remain incarcerated under these circumstances is clearly inconsistent with Oklahoma Jail Administration requirements and is evidence of ineffective, misguided or otherwise incompetent jail management by Jail Administrator Mike Sinnett. He will also testify concerning the Oklahoma State Department of Health: Jail Standards (310:670-5-8)(2), The Pontotoc County Jail Medical Questionnaire, the medical questionnaire filled out by Walker was a full day late and failed to identify any medical concerns, information not reported on the form, the evidence that jail employees were aware of Lindley's severe condition, and that Malinda Lindley should have never been accepted to the Pontotoc County Jail. He will testify to his opinions that Ms.

| | |
|---|---|
| | Lindley languished in a jail cell for approximately 24 hours without there ever been a record that she was even there.

He will testify about a systematic pattern of ignoring rules, regulations and protocols affecting the safety and welfare of inmates at the Pontotoc County Jail. To his opinion that Sheriff John Christian, Jail Administrator Mike Sinnett and Detention Officer Clint Cooper completely ignored their supervisory responsibilities to ensure the safety and well-being of Malinda Lindley.

He will testify concerning Nationally-recognized professional standards of care: Written directives (IACP), Nationally-recognized professional standards of care: Training on written directives (IACP), Ada Police Policy: Transporting of injured Persons 4.20.

Will testify as to matters covered in their deposition.

Mr. Lyman's report has been forwarded to the Defendants. |
| 40. Joseph L. Burton, MD<br>13784 Highway 9 North<br>Alpharetta, GA 30004 | Will testify that had Malinda Lindley received timely medical intervention she would have survived the incident. Ms. Lindley was obviously under the influence of drugs and/or had an obviously serious medical condition, which an ordinary individual would know that she required immediate medical care from a medical doctor, when the police arrested her in the early morning. While in the cell, Ms. Lindley had the strong odor of alcohol and feces on her body. She was thirsty, seen to have a limited water intake, but had no food intake while in the facility. Dr. Burton observed videos of Ms. Lindley and will testify about the videos. His testimony will include that the jail personnel found her not breathing on the floor of jail cell. Her legs were purple. There was no pulse. EMS arrived at 8:23 AM on 5/15/14. Sometime after 8:30 am on May 15, 2014, the justice center called the city and reported that she needed to go to the hospital. Five or 10 minutes later they were notified that she had died. Dr. Burton will testify Ms. Lindley was taken to Mercy Hospital. Dr. Burton will testify about Ms. Lindley's blood pressure, her Glasgow coma and her blood sugar. Her hypoglycemia also could account for |

12

| | |
|---|---|
| | her bizarre activity, disoriented, combative and were in need of medical intervention. In the Oklahoma Medical Examiner's Report, Ms. Lindley had some subarachnoid hemorrhage of the brain.<br><br>Dr. Burton has served as medical examiner in Georgia since 1972. He was the doctor for the Dekalb County Public Safety Department's Jail.<br><br>As a doctor and a forensic pathologist, the videos I observed of the arrest of Ms. Lindley clearly show an individual in need of obvious medical intervention by a medical doctor for a serious medical condition. Despite why she was acting that way, before being put in a jail cell she should have been taken to a hospital and evaluated. The jail should have refused to accept her. Assuming it was from methamphetamine or methamphetamine withdrawal, she could have been treated for this and survived. People die from drug withdrawal if medical intervention does not occur.<br><br>An LPN cannot make decisions or diagnoses, and only performs duties under the supervision of a doctor or registered nurse. An LPN gathers information to present to a physician or registered nurse.<br><br>For nearly 50 hours, Ms. Lindley languished in a cell rolling on the floor thrashing about, not eating, consuming maybe water every now and then but still received no medical attention. She was finally found supine naked on the floor without vital signs and, despite resuscitative efforts, died. Doctors could have evaluated her, treated her for any medical problems and provided care for her.<br><br>He will testify about the number of methamphetamine-related ED visits. Dr. Burton will testify that it is unbelievable to him that Malinda was not afforded medical attention until she actually became unresponsive and subsequently expired.<br><br>Will testify as to matters covered in their deposition.<br><br>Dr. Burton's report has been forwarded to the Defendants. |
| 41. Joel Kerns | Will testify to his training, law enforcement experience |

| | |
|---|---|
| 283 Bucks of Gaines Creek Road<br>McAlester, OK 74501 | and experience as sheriff, and as to the Oklahoma State Department of Health Jail Standards, responsibilities and duties of a Sheriff, Jail Administrators, Jailers and his opinion that Malinda Lindley should have been taken to the emergency room by Brian Engel and never should have been accepted into the Pontotoc County Jail, his opinion that the jail should have provided a registered nurse, and the medical questionnaire should have been completed at the time Malinda Lindley was accepted in the jail.<br><br>He will testify to his observation of the videos and about the videos.<br><br>Will testify as to matters covered in their deposition.<br><br>Mr. Kern's report has been forwarded to the Defendants. |
| 42. Representative from the Oklahoma Nursing Board | LPN licenses, limited scope of areas of practice, and training. This is not a retained expert and we will not be providing a report. Will testify as to matters covered in their deposition. |
| 43. Representative from the Oklahoma State Department of Health, Jail Inspection Division | Testify about jail inspections of the Pontotoc County Jail, findings of inspections, Pontotoc County Jail violations, jail standards and safety reasons behind having Oklahoma Jail Standards. This is not a retained expert and we will not be providing a report. Will testify as to matters covered in their deposition. |
| 44. Witnesses listed by the Defendants not objected to by the Plaintiffs | |
| 45. Plaintiffs reserve the right to amend its list of witnesses as discovery is ongoing. | |

                Respectfully submitted,

                s/ RUSSELL USELTON_____
                Russell Uselton, OBA # 10146
                Eric Grantham, OBA # 22156
                *Stipe Law Firm*
                343 East Carl Albert Pkwy
                P. O. Box 1369

McAlester, Oklahoma 74502
(918) 423-0421
(918) 423-0266 (facsimile)
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of April, 2017, I electronically transmitted the attached document to the clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Wellon B. Poe<br>WBP@czwlaw.com | Robert Ray Jones, Jr.<br>jones@lytlesoule.com |
| David Kirk<br>kirk@lytlesoule.com | James L. Gibbs, II<br>jgibbs@gphglaw.com |

s/ RUSSELL USELTON_____
Russell Uselton